UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ALBERT MASCOLO,

       Defendant.

                                 /

NO. CR. S-96-397 LKK

O R D E R

    The defendant was convicted in case number Cr. S-96-397. He has, in the past, filed a "motion to vacate" and a "motion to dismiss restitution". Both motions were denied. He has now filed a "motion to set aside the judgment". That motion is DENIED.

    As to any further motions, the court will not specifically address them. If there is no response in thirty (30) days, the defendant may take that as a denial.

    IT IS SO ORDERED.

    DATED: October 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT